IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA BATT,<br><br>             Plaintiff,<br><br>    v.<br><br>CROSSMARK, INC., a Corporation,<br><br>             Defendant. | CIVIL ACTION<br><br>No. 1: 13-cv-01175<br><br><br>ORDER ON RULE 41 VOLUNTARY STIPULATION OF DISMISSAL |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice and without cost to either party.

/s/ Richard P. Myers                         /s/Stephen E. Fox
Attorney for Plaintiff                          Attorney for Defendant

Dated: 12-5-2013                              Dated: 12-5-2013

In light of the above stipulation, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   January 14, 2014                          _____
                                                                    SENIOR DISTRICT JUDGE